# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| <u>NO</u> - INTERPRETER NEEDED | : | IA |
| | | December 3, 2008 |
| Date of Arrest: 12/02/08 | : | ESR OPERATOR:  Mike Owens |
| UNITED STATES OF AMERICA | : | AUSA Michelle Morgan-Kelly |
| v. | : | Criminal No. 08-711 |
| ANDREW MOGILYANSKY | : | George Newman, Esquire |
| | : | Retained. |

FILED
DEC 0 3 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

**[X] The Government's Motion for Temporary Detention is Granted.  A detention hearing and arraignment hearing are scheduled for December 5, 2008 before the undersigned.**

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted.  The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied.  See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release.  See attached Conditions of Release Order.

[] Other

[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.
[] PLEA:  NOT GUILTY TO ALL COUNT(S).  Counsel have 10 days to file pretrial motions.

BY:

_____
THOMAS J. RUETER
CHIEF MAGISTRATE JUDGE

**TIME IN COURT: <u>10 MINUTES</u>**

*(Form Revised December, 2007)*