IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: April 3, 2009 |
| vs. | : | |
| ANDREW MOGILYANSKY #61524-066 | | |
| FEDERAL CUSTODY-FDC | | |
| | : | Criminal No. 08-711-01 |

       **TAKE NOTICE** that the above-entitled case has been set for  Change of Plea  in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on  April 30, 2009   at   3:00 p.m.  before the Honorable Mary A. McLaughlin in Courtroom 13-A, 13th Floor.

       **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

       If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

                                     Very truly yours,
                            /s/ Dennis C. Hartman
                                 Dennis C. Hartman
                                 Deputy Clerk to Judge McLaughlin

**[ ]  INTERPRETER REQUIRED**
**[x]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM April 7, 2009.**

            Notice to:
                       Defendant
                       Jack McMahon, Esq.-via fax 215-985-4416
                       Michelle Morgan-Kelly, A.U.S.A. (via e-mail)
                       U.S. Marshal (via e-mail)
                       Probation Office (via e-mail)
                       Pretrial Services (via e-mail)
                       Larry Bowman (via e-mail)

Cr 4 (rev. 8/98)