**BOCHETTO & LENTZ, P.C.**
By: George Bochetto, Esquire
I.D. No. 27783
1524 Locust Street
Philadelphia, PA 19102                                    Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.  2:08-cr-711 |
| | : | |
| ANDREW MOGILYANSKY | : | |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of Andrew Mogilyansky in the above-referenced matter.

                                 **BOCHETTO & LENTZ, P.C.**


Date: <u>4/13/10</u>                          By:    <u>s/  George Bochetto</u>
                                        George Bochetto, Esquire
                                        Attorney for Defendant

**BOCHETTO & LENTZ, P.C.**
By: George Bochetto, Esquire
I.D. No. 27783
1524 Locust Street
Philadelphia, PA 19102                                      Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
          v.                      :          Criminal No.  2:08-cr-711
                                  :
ANDREW MOGILYANSKY               :

## CERTIFICATE OF SERVICE

I, George Bochetto, Esquire, hereby certify that a true and correct copy of the within Entry of Appearance was forwarded to counsel on this 13th day of April, 2009 via first class mail, postage prepaid to the following:

Michelle Morgan-Kelly, Esquire
Assistant United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

Jack McMahon, Esquire
1500 Walnut Street
Suite 1100
Philadelphia, PA 19102

**BOCHETTO & LENTZ, P.C.**

By:      s/ George Bochetto
         George Bochetto, Esquire