IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW MOGILYANSKY | : | NO.: 08-cr-0711-ALL |

### O R D E R

AND NOW, this 25th day of **JANUARY, 2016**, it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 50.1 of the Local Rules of Criminal Procedure from the calendar of the Honorable Mary A. McLaughlin, to the calendar of the Honorable Anita B. Brody.

FOR THE COURT:

/s/   Petrese B. Tucker
PETRESE B. TUCKER
Chief Judge