**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **Crim. No. 2:08cr000711-001** |
| v. | : | |
| ANDREW MOGILYANSKY, | : | |
| Defendant. | : | |

ENTRY OF APPEARANCE

To the Clerk:

Please enter my appearance as additional counsel for the defendant, Andrew Mogilyansky. I am a member in good standing of the bar of this Court.

Respectfully submitted,

Date: October 23, 2017

/s/*James H. Feldman, Jr.*

JAMES H. FELDMAN, JR.
PA Bar No. 36345
50 Rittenhouse Place
Ardmore, PA 19003
610-649-8200
610-649-8362 (fax)
jfeldman@jameshfeldman.com

CERTIFICATE OF SERVICE

I caused a copy of the foregoing Praecipe to be delivered via ECF to the attorney for the government, present counsel for the defendant, and by facsimile to the U.S. Probation Officer, as follows:

Assistant U.S. Attorney Michelle Morgan
615 Chestnut St
Suite 1250
Philadelphia, PA 19106
michelle.morgan2@usdoj.gov

George Bochetto, Esq.
Bochetto & Lentz PC
1524 Locust St
Philadelphia, PA 19102
gbochetto@bochettoandlentz.com

Bruce Green, Senior U.S. Probation Officer
Via Facsimile to 215-597-9956

Dated: October 23, 2017

/s/*James H. Feldman, Jr.*
James H. Feldman, Jr.