**POST-DISCHARGE GENERAL SAFETY PLAN**
**Andrew Mogilyansky**
**August 25, 2016**

The present circumstances of Andrew Mogilyansky's life appear to provide strong protections against any possible relapse or other misconduct. He is in a highly stable family situation: he lives with his wife, his 3 children and his wife's parents, and his family relations are happy and harmonious, which was confirmed by his wife. His financial circumstances are very stable, he has gainful employment in the real estate and litigation services fields, and has achieved good results in both even during the relatively short time since his release. He has stable housing by nature of owning outright his family home with his wife. He has a wide circle of social support from his large number of family members, friends and business associates. He has no present or past substance or alcohol abuse problems. He does not report nor appear to have any health problems. Other than the crime of his conviction, Mr. Mogilyansky has never been accused of any crimes or misconduct.

Mr. Mogilyansky's polygraph examination detected no deception in his answers. It has explicitly shown that he has complied with all his supervised release conditions, has been truthful with his probation officers and this psychologist, and has complied with his safety plans during several trips to California and Delaware which were approved by the Probation Department. The polygraph examination also showed that Mr. Mogilyansky does not entertain the thoughts of ever being unfaithful to his wife in the future, that he is not sexually attracted to minors, and that he does not contemplate the possibility of ever breaking the law again. This psychologist joins the opinion of Dr. Steven Samuels that Mr. Mogilyansky is not diagnosed with any psychosexual disorders, that he is truthful, and that his risk of reoffence is low across all risk dimensions.

Based on the above and the 6+ months of regular individual sessions with Mr. Mogilyansky, it is this psychologist's opinion that the chance of Mr. Mogilyansky ever committing another sexual offense is relatively low.

**Therefore, while his circumstances remain the same or similar, it is recommended that Mr. Mogilyansky's safety plan include only the standard condition that he not have unsupervised contact with minors other than his own children.**

**During his business or personal travel, it is recommended that Mr. Mogilyansky's safety plan include generally being around friends, business associates or family members while on the trip, refraining from visiting establishments such as strip clubs (which Mr. Mogilyansky reports no interest in), refraining from the use of illegal substances, and refraining from contacting escort services. Mr. Mogilyansky's Probation Officer should be informed of any and all addresses at which Mr. Mogilyansky shall reside during his travel, and he shall be reachable by phone at all times. Subject to these conditions, there seem to be no reason to prohibit Mr. Mogilyansky from either business or personal travel.**

The purpose of the table below is to provide long-term planning for possible unexpected future events of significant nature, which may change Mr. Mogilyansky's circumstances.

| Possible Long-Term Change / Trigger | Recommended Safety Strategy / Mechanism |
|---|---|
| Adverse change in marital status (e.g. separation, divorce, death of spouse) | Establish a new stable and monogamous relationship with an age-appropriate partner who is fully informed of his offense history. Maintain a close relationship with family and friends, do not lose connection with [Mr. Mogilyansky's] children, and establish adequate emotional supports to ensure that marital change does not affect other aspects of stability described above, such as gainful employment/business and housing. |
| Adverse change in financial circumstances (e.g. dramatic business downturn, sudden lack of regular income, major health-related financial hardship etc.) | Seek financial and psychological support from family and friends, consider changing business occupation, consider changing from business operations to regular employment, consider lowering living standards to ensure affordability based on then-current income |
| A major disruptive external event (e.g. significant natural disaster, act of war or terrorism, serious car accident, severe illness, violent incident originated by another party/parties, etc.) | Rely primarily and heavily on the family connection with wife and children, jointly seek help/cure/redress, stay optimistic and do not fall into depression, use past resilience experience to overcome the mental hardship |

The above General Safety Plan was prepared jointly by Mr. Mogilyansky and this psychologist as part of the successful discharge of Mr. Mogilyansky from the JJPI evaluation / treatment program.

_____
Andrew Mogilyansky

_____
Dr. Michael Skoraszewski