

## Accredited Polygraph Services LLC
### Since 1971

**Member: Association of American Polygraph Examiners**
**Member: British and European Polygraph Association**
**Member: European Polygraph Association**

| New York / New Jersey | New England | Florida | Baltimore Wash. DC | Philadelphia |
|---|---|---|---|---|
| (973)-757-0666 | (617) 322-7444 | (561) 328-8130 | (240) 880-8280 | (215) 953-5100 |

**AccreditedPolygraphService@gmail.com**

November 10, 2017

George Bochetto, Esquire
1524 Locust Street
Philadelphia, PA 19102

James H. Feldman, Esq.
50 Rittenhouse Place
Ardmore, PA 19003

Re: Andrew Mogilyansky

Dear Mr. Bochetto and Mr. Feldman,

On November 9, 2017 we conducted a series of Forensic Psycho-Physiological Truth Verification examinations on Mr. Andrew Mogilyansky. The examinations were performed at your request as a follow-up to a psychological evaluation. These examinations included (1) a Polygraph Examination administered by Mr. Dennis DeBerardis and (2) a Voice Stress Analysis (VSA) Examination administered by Mr. Howard Temple.

While ordinarily only one of the above tests would be sufficient to determine whether the subject is being truthful, in this case you and Mr. Mogilyansky wanted the verification of his truthfulness to be as comprehensive as possible, and therefore both tests were performed. Additionally, two different examiners performed the tests to ensure the full and separate integrity of each test.

Mr. Mogilyansky was not told whether he "passed" or "failed" either tests until both tests had been completed.

1

## 1. The Polygraph examination

On November 9, 2017, Mr. Dennis DeBerardis performed a Forensic Psycho-Physiological Truth Verification examination, also known as the Polygraph Examination, on Mr. Andrew Mogilyansky. Mr. Dennis DeBerardis is a certified polygraph examiner, and the examination was conducted in accordance to State and Federal laws concerning the use of the polygraph.

The polygraph equipment used by the examiner measures and records a variety of physiological indices such as blood pressure, pulse, respiration, and skin conductivity while the subject is asked and answers a series of questions. Deceptive answers given by the subject produce physiological responses that can be differentiated by the polygraph equipment from those associated with non-deceptive answers.

Prior to the examination, Mr. Mogilyansky was made aware of his rights concerning the polygraph examination. He agreed he was taking the examination voluntarily. The entire process had been explained to Mr. Mogilyansky to his complete satisfaction. All the questions (statements) were reviewed with Mr. Mogilyansky and understood by him. Mr. Mogilyansky also agreed to the placing of the necessary objects and sensors on his person to enable the examiner to conduct the series of Polygraph Examination.

The following is a list of the **relevant** questions[1] that were asked of Mr. Mogilyansky during his Polygraph Examination, and his answers are indicated[2].

1.  Q: Did you ever try to mislead Dr. Samuel?
    A: **NO**

2.  Q: Since December 2015 have you had sexual contact with anyone other than your wife?
    A: **NO**

3.  Q: Since December 2015 have you browsed any child pornography, SM or bestiality web sites?
    A: **NO**

4.  Q: Since December 2015 have you engaged in a sex chat or sex webcam session?
    A: **NO**

5.  Q: Since December 2015 have you had any unmonitored contact with children other than your own?
    A: **NO**

In accordance with standard practice, the above series of questions were asked twice, together with control questions. Mr. Mogilyansky's physiological responses were recorded by the equipment.

---

[1] The final version of these questions was prepared by the examiner based on a list of suggested questions prepared in advance, and an interview with the subject preceding the test. While the general inquiry area of the questions was known to the examiner, he was free to modify the questions as he saw fit. Several changes were made by the examiner to enhance the precision of questions, and therefore to ensure the integrity and conclusiveness of the test. For example, the reference to December 2015 replaced the less precise reference to the time Mr. Mogilyansky was released from custody.

[2] In accordance with standard procedure for polygraph examinations, and in compliance with State and Federal rules governing polygraph examinations, additional control questions were asked of the subject to determine the accuracy of his physiological responses.

CONCLUSION: After reviewing the series of Polygraph Examination questions that were given to Mr. Mogilyansky and reviewing the record of his physiological responses recorded by the polygraph equipment, it is the undersigned examiner's opinion that the subjects' polygraph charts showed **NO** indications indicative of deception to the relevant questions indicated above. This indicates that the subject was being truthful when answering the relevant questions asked of him. It is therefore the examiner's opinion that Andrew Mogilyansky was being truthful to the above relevant questions.

## 2. The Voice Stress Analysis examination

On November 9, 2017, Mr. Howard Temple performed a Forensic Psycho-Physiological Truth Verification examination, also known as the Voice Stress Analysis (VSA) examination, on Mr. Andrew Mogilyansky. Mr. Howard Temple is a certified polygraph and VSA examiner and has over 40 years of experience in performing Voice Stress Analysis examinations. The examination was conducted in accordance to State and Federal laws.

Voice Stress Analysis (VSA) technology is a way to analyze recorded psycho physiological stress responses that are present in the human voice when a person suffers psychological stress in response to a stimulus (e.g., a question), and the consequences of the person's answer may be dire.

The Voice Stress Analysis equipment used by the examiner records the subject's voice while the subject is asked and answers a series of questions. Deceptive answers given by the subject produce physiological responses that can be differentiated by the computer analysis program from those associated with non-deceptive answers. The computer analysis of the recording is performed after the test, and the results are ordinarily available within several hours.

Prior to the VSA examination, Mr. Mogilyansky was made aware of his rights concerning the VSA examination. He agreed he was taking the examination voluntarily. The entire process had been explained to Mr. Mogilyansky to his complete satisfaction. All the questions were reviewed with Mr. Mogilyansky and understood by him.

The following is the list of questions we used during the VSA examination to determine whether Mr. Mogilyansky (1) has been truthful to the psychologists who have evaluated him, and whether, since his release from prison in August 2015, he (2) has been faithful to his wife, (3) has viewed certain types of risky or illegal pornography, and (4) has engaged in interactive sexual activity online. Mr. Mogilyansky's answer follows each question. Numbered questions constitute the four relevant questions, whereas questions identified with letters are used to ensure the overall integrity of the test. In particular, questions (A) and (C) below were given to ensure there are no areas relevant to the matter being examined which were not covered by the other questions which have already been asked (C), or which the subject was preparing to answer untruthfully (A). Questions asked for control and calibration of the equipment as well as questions not relevant to the above area of examination are not included in the list below.

**A.**  Q:  Do you intend to answer all the questions I am about to ask you truthfully?
    A:  **YES**

**1.**  Q:  Have you been truthful with Dr. Samuel?
    A:  **YES**

3

**2.** Q: Since August 2015, have you had any form of intimate physical relations with anyone other than your wife?

A: **NO**

**3.** Q: Since August 2015, have you browsed any child porn, SM or bestiality web sites?

A: **NO**

**4.** Q: Since August 2015, have you engaged in interactive sex activity over the web?

A: **NO**

**B.** Q: Have you answered all the questions I have asked you so far truthfully?

A: **YES**

**C.** Q: Is there something else you are afraid I will ask you a question about?

A: **NO**

Mr. Mogilyansky's responses to all questions asked during the VSA examination, including those in the list above, were recorded by the VSA equipment and then sent to the analysis company where it was analyzed by using specialized VSA software. The results of the analysis were subsequently reviewed by the undersigned VSA examiner.

CONCLUSION: After reviewing the results of the VSA Examination that was given to Mr. Mogilyansky, it is this examiner's opinion that Mr. Mogilyansky's VSA Examination results showed **NO** indications indicative of deception to any questions, including all relevant questions above. This indicates that the subject was being truthful when answering all relevant questions asked of him, as well as all other questions asked during the examination. It is therefore the undersigned Examiner's opinion that Andrew Mogilyansky was truthful in his answers to the above relevant questions.

Respectfully Submitted,

_____

Howard L. Temple, VSA Examiner
President, Accredited Polygraph Services LLC, and

_____

Dennis DeBerardis, Polygraph Examiner

4