## CURRRICULUM VITAE

**NAME:**         Steven Eric Samuel, Ph.D.
**ADDRESS:**      518 South 3rd Street    Suite 200
                  Philadelphia, PA  19107

                  **MAILING ADDRESS:**
                  **Steven Eric Samuel, Ph.D.**
                  **30 Oak Bend Court**
                  **St. Louis, MO  63124**

TELEPHONE:        **(215) 909-0350   email: steven.samuel@jefferson.edu**

**EDUCATION:**

| | |
|---|---|
| 1974 B.A. | Boston University, Boston, Massachusetts |
| 1977 M.ED. | Boston University, Boston, Massachusetts |
| 1987 Ph.D. | Temple University, Philadelphia, Pennsylvania |

**INTERNSHIP:**

1985-1986         Clinical Psychology Intern
                  Jefferson Medical College, Philadelphia, Pennsylvania

**LICENSURE:**       Licensed Psychologist, Pennsylvania, No. PS-006031-L

**PROFESSIONAL APPOINTMENTS AND TRAINING:**

1986-1991         Instructor, Department of Psychiatry and Human Behavior
                  Jefferson Medical College, Philadelphia, Pennsylvania

1992-1996         Assistant Professor, Dept. of Psychiatry and Human Behavior
                  Jefferson Medical College, Philadelphia, Pennsylvania

1992-2004         Candidate in Adult Psychoanalysis
                  Philadelphia Psychoanalytic Institute and Society
                  Philadelphia, Pennsylvania

1996-Present      Clinical Associate Professor
                  Department of Psychiatry and Human Behavior
                  Jefferson Medical College, Philadelphia, Pennsylvania

1996 2008         Governor's State Board to Assess Sexually Violent Predators

1996-2008         Governor's Community Partnership for Safe Children:
                  Child Abuse and Neglect Committee

1

| 1996-2016 | Consulting Psychologist, ACCESS-West Philly<br>Philadelphia, Pennsylvania |
|---|---|
| 2000-2016 | Consulting Psychologist, J. J. Peters Institute<br>Philadelphia, Pennsylvania |

**PROFESSIONAL WORK EXPERIENCE**:

| 1974-1977 | Staff/Research Associate<br>McLean Hospital, Belmont, Massachusetts |
|---|---|
| 1978-1979 | Assistant Director, Intensive Care Psychiatry<br>Unit Charles River Hospital, Wellesley, Massachusetts |
| 1979-1982 | Assistant Director, Emergency Services Team<br>West-Ros-Park Mental Health Center, Boston, MA |
| 1994 (November)- present | Private Practice: Clinical Psychology & Neuropsychology<br>Forensic Psychology |

**AWARDS AND HONORS**:

| 1977-1978 | Guggenheim Scholar Program, Harvard University, Cambridge, MA |
|---|---|
| 1982-1984 | Graduate Assistantship Award<br>Temple University, Philadelphia, Pennsylvania |

**PROFESSIONAL ORGANIZATIONS**:

| 1991-1995 | Child Advocate Support Center-Executive Committee |
|---|---|
| 1991-Present | National Register of Health Providers in Psychology |
| 1992-2010 | Austin Riggs Society |
| 1992-2010 | Charles F. Menninger Society |
| 1992-Present | Association of Medical School Professors of Psychology |
| 1992-2009 | Pennsylvania Psychological Association |
| 1993-1999 | American Psychoanalytic Association |
| 1993-1999 | Philadelphia Society for Psychoanalytic Psychology |
| 1998-2006 | Association for the Treatment of Sexual Abusers |
| 2008-Present | Editorial Board: Practical Neurology |

**PEER REVIEWED PROFESSIONAL PUBLICATIONS:**

**Book Chapters:**

1.   Samuel, Steven E., Bagwell, Iris Lee, & Jones, James P. (1984).  Psychiatric Home Visiting Services.  *Emergency Psychiatry:  Concepts, Methods and Practices*.  New York City, New York:  Plenum Press.

2.   Hojat, Mohammadreza, Samuel, Steven E., Thompson, Troy L. (1995).  Searching for the Lost Key Under the Light:  *A Triangular Biopsychosocial Paradigm May Cast Additional Light on Medical Education, Research and Patient Care*.  Editors:  S. K. Majumdar, L. M. Rosenfeld, D. B. Nash and A. M. Audet.  Philadelphia:  Pennsylvania Academy of Science.

3.   Gorton,G., Swirsky-Sacchetti,T., Sobel,R., Samuel, S. E., et al (1999).  *Neuropsychological Functions in Psychiatric Disorders*.  A. Calev, Editor, Washington, D.C.:  American Psychiatric Press.

4.   Calev,A., Preston,T.P., Samuel, S. E., & Gorton, G. E. (1999).  Clinical Neuropsychological Assessment of Personality Disorders. *Neuro-psychological Functions in Psychiatric Disorders*.  A. Calev, Editor, Washington, D.C.:  American Psychiatric Press.

5.   Samuel, S.E. & Michals, T. (2011). Competency Restoration. **Handbook of Forensic Assessment.** Drogin, E., Dattilio, F., Sadoff, R. & Gutheil, T. Editors, Hoboken, NJ: John Wiley & Sons, Inc.

**Articles in Peer Reviewed Journals:**

1.   Greenspan, Gail S., & Samuel, Steven E. (1989).  Self-Cutting After Rape. *American Journal of Psychiatry*, 146:6, 789-790.

2.   Samuel, Steven E., Richmond, Janet, Schwartz, Harvey, Weiss, J., & Selzter, J. (1991). Investigating Stress Levels of Residents.  *Medical Teacher*, 13:1, 89-92.

3.   Swirsky-Sacchetti,Thomas,     Gorton,Gregg,     Samuel,Steven     E.,     Sobel,Richard.(1993). Neuropsychological Function in Borderline Personality Disorder.  *Journal of Clinical Psychology*, 49:3, 385-396.

4.   Sanguineti, Vincent & Samuel, Steven E. (1993). Reported Prevalence of Drug Abuse in City-wide Emergency Rooms System. *The American Journal of Drug and Alcohol Abuse*, 19:4, 443-450.

5.   Sanguineti, Vincent & Samuel, Steven E.  (November 1993).  Comorbid Substance Abuse and Recovery From Acute Psychiatric Relapse.  *Hospital and Community Psychiatry*, 44:11, 1073-1075.

6.   Samuel, Steven E., DeGiralamo, Joanne, Michals, Timothy & O'Brien, John.  (1994/1995).  Some Preliminary Findings on MMPI "Cannot Say" Responses and personal Injury Litigants.  *American Journal of Forensic Psychology*, 12:4.

7.   Akhtar, Salman & Samuel, Steven E.  (August 1995).  A Commentary on "Role-Relationship Models for Case Formulation" by Mardi Horowitz, et al.  *Archives of General Psychiatry*.

8.   Gorton, G., Samuel, S., & Zebrowski, S.  (Spring 1996).  A Pilot course for Residents on Sexual Feelings and Boundary Maintenance in Treatment.  *Academic Psychiatry*.

9.   Gorton, G. &Samuel, S.  (Summer 1996).  A National Survey of Training Directors Regarding Education for Prevention of Psychiatrist-Patient Sexual Exploitation.  *Academic Psychiatry*.

10.  Akhtar, S. & Samuel, S.  (1996).The Concept of Identity:  Developmental Origins, Phenomenology, Clinical Relevance, and Measurement.  *Harvard Review of Psy*., 3:5, 254-267.

11.  Sanguineti, V., Samuel, S., Robeson, M., et al.  (March 1996).  An Analysis of the Demographic, Diagnostic and Comorbid Characteristics of 2, 200 Involuntary Psychiatric Admissions and Readmissions.  *American Journal of Psychiatry.*

12.  Sanguineti, V., Samuel, S., Schwartz, S., et al.  (November 1996).  Gender Differences Among Civilly Committed Schizophrenic Subjects.  *Schizophrenia Bulletin*, 22:4, 653-658.

13.  Samuel, S. & Gorton, G.   (1997). A Nationwide Survey of Internship Directors Regarding Education on the Prevention of Boundary Violations Between Psychologist and Their Patients.  *Psychotherapy:  Research and Practice*.

14.  Gorton, G. & Samuel, S.  (2001). Deception in Psychotherapy.  *American Journal of Forensic Psychiatry* (in press).

15.  Samuel, S. & Gorton, G.  (January 2001).  Sexual Exploitation:  An Extreme of Professional Deception.  *American Journal of Forensic Psychiatry*, Vol. 22:1, 63-81.

16.  Samuel, S. (March 2009).   The Identity Consolidation Inventory (ICI): Development and Application of a Questionnaire for Assessing the Structuralization of Individual Identity.  *American Journal of Psychoanalysis* Vol. 69:1, 53-61

**Publications in Non-Peer Reviewed Journals:**

1.   Gorton, Gregg, Samuel, Steven, Swirsky-Sacchetti, Thomas, Sobel, Richard.  Reply to Article "Cognitive Information Processing in Borderline Personality Disorder:  A Neuro-psychiatric Hypothesis. *Jefferson Journal of Psychiatry*, 9:1, 1996.

2.      Smith, T., Fudge, M., Akhtar, S. & Samuel S. (1995).  Patients Who Request a Female Psychotherapist. *Jefferson Journal of Psychiatry*, 9:1.

3.      Michals, T., Mandel, S., & Samuel, S.  (2004). What to Do About Competency Concerns.  *Practical Neurology*, September 2004, Volume 3:9, Pages 46-52.

4.      Michals, T.J., Samuel, S. & Mandel, S. Third Party Observers in Neurologic Forensic Examinations. *Practical Neurology*. September 2008. 7(9); 16-18.

**RESEARCH GRANTS:**

1.      Biomedical Sciences Research Grant 080-04624, April 1, 1988 through March, 1990 awarded by the Office of Research Administration at Jefferson Medical College (N.I.H. block grant funds) - "Cognitive Dysfunction in Borderline Psychiatric Outpatient:  A Controlled  Pilot Study"  (with co-investigators Doctors Gorton, Sobel and Swirsky-Sacchetti), $5000.

2.      Department of Psychiatry Research Grant, Jefferson Medical College, "Cognitive Dysfunction in Borderline Psychiatric Outpatients:  A Controlled Pilot Study" (with co-investigators Doctors Gorton, Sobel and Swirsky-Sacchetti), $3000.

3.      Department of Psychiatry Research Grant, Jefferson Medical College, "National Survey of Training Directors Regarding Training for Prevention of Therapist-Patient Sexual Exploitation," (with Dr. Gregg Gorton), $500.

4.      National Computer System Research Grant, 1992, "MMPI and MCMI-II ability to predict discharge diagnosis," (with Doctors Sanguineti and Chester) $11,500.

**PROFESSIONAL LECTURES AND PRESENTATIONS**:

1.      American Psychiatric Association Meetings for Hospital and Community Psychiatry, Boston, Massachusetts.  The Uncooperative Patient, September 7, 1980.

2.      Temple University, Department of Psychology, Philadelphia, Pennsylvania. Vincent VanGogh:  A Case of Geshwinds Syndrome, May 18, 1985.

3.      American Psychiatric Association Meetings for Hospital and Community Psychiatry, New York, New York. The Neglected Alliance:  In-Patient Units as Consultants to the Out-Patient Psychiatrist, October 18, 1989.

4.      American Psychiatric Association 143rd Annual Meeting, New York, New York.  The Neuropsychological Substrates of Borderline Personality Disorders, May 16, 1990.

5.      American Psychiatric Association 144th Annual Meeting, New Orleans, Louisiana.  To Tell or Not To Tell:  Secrets in Psychotherapy, May 13, 1991.

6.      American Psychiatric Association 144th Annual Meeting, New Orleans, Louisiana.  Admit Me or Else:  Assessing Threats of Suicide, May 16, 1991.

7.      American Psychological Association, 99th Annual Meeting, San Francisco, California.  Secrets and Secret Keeping in Psychotherapy, August 16, 1991.

8.      Dilemmas in Organ Transplantation: Dartmouth/Nebraska Ethics Conference, Omaha, Nebraska.  The Role of Projective Testing in Organ Transplantation, October 25, 1991.

9.      New York Academy of Sciences, 13th Annual Meeting, New York City, New York.  Cognitive Functioning in Fulminant Hepatic Failure  Patients  After  Liver  Transplantation:  Preliminary Findings, April     11, 1992.

10.     American Psychiatric Association 145th Annual Meeting, Washington, D.C.  Psychiatric Training for Prevention of Therapist/Patient Sexual Exploitation, May 6, 1992.

11.     American Psychological Association, 100th Annual Meeting, Washington, D.C.  Interns' Training for Prevention of Therapist-  Patient Sexual Exploitation, August 14, 1992.

12.     Second National Conference of Sexual Misconduct by Clergy, Psychotherapists and Health Care Professionals, Minneapolis, Minnesota. National Survey of Directors of Psychiatry Residencies/Psychology Internships:  Conclusions and Recommendations, October 9, 1992.

13.     International Society for Traumatic Stress Studies, 8th Annual Meeting, Los Angeles, California.  Self-Cutting After Rape, October 22, 1992.

14.     American College of Forensic Psychiatry Eleventh Annual Symposium, Santa Fe, New Mexico.  MMPI Cannot Say (?) Responses and Personal Injury Litigants, April 25, 1993 (with Timothy J. Michals, M.D.).

15.     American Psychiatric Association 146th Annual Meeting, San Francisco, California.  Providers and Reviewers Discuss Managed Care, May 24, 1993 (with Doctors Chester, Dichter, Glacken, Sanguineti, Glazer and Mary Roff, R.N.).

16.     American Psychiatric Association 146th Annual Meeting, San Francisco, California.  In-Patient Groups:  Current Methods and Curative Factors, May 26, 1993 (with Dr. Howard Kibel).

17.     Third International Conference on Personality Disorders.   The Identity Consolidation Inventory:  Some Preliminary Research Findings and Their Clinical Implications.  Harvard University, Cambridge, Massachusetts, September 9, 1993.

18.     AADRPT Meetings.  A Report on a Course for the Prevention of Boundary Violations for Residents in Psychiatry, New Orleans, Louisiana, January 14, 1994.

19.     12th Annual Symposium in Forensic Psychiatry.   Are All Children Potential Killers? Juvenile Homicide Literature Review and Forensic Implications, Montreal, Canada, May 6, 1994.

20.     American Psychiatric Association 147th Annual Meeting, Philadelphia, Pennsylvania. Course Director. Providers and Reviewers Discuss Managed Care, May 21, 1994.

21.     American Psychiatric Association 147th Annual Meeting, Philadelphia, Pennsylvania. Report on a Course for Preventing Sexual Misconduct, May 23, 1994.

22.     American Psychiatric Association 147th Annual Meeting, Philadelphia, Pennsylvania. Measuring Identity and Identity Diffusion: some Preliminary Findings from the Construction and Administration of the Identity Consolidation Inventory, May 26,1994.

23.     American College of Forensic Psychology 11th Annual Meeting, San Francisco, California. John Doe, Esquire.  The Philadelphia AIDS Case:  Americans with Disability Act; Role of the Forensic Expert in Workplace Discrimination Cases Involving AIDS, May 5, 1995.

24.     American Psychiatric Association 148th Annual Meeting, Miami, Florida.  Three Years Experience:  Report on a Residency Course for Preventing Sexual Misconduct, May 24, 1995.

25.     American Psychological Association 103rd Annual Meeting New York City, New York. Symposium:  Three Years Experience Training Residents to Avoid Therapist Boundary Problems, August 15, 1995.

26.     American College of Forensic Psychiatry 14th Annual Meeting, New Orleans, Louisiana. Adolescent Homicide:  Juvenile Tried as an Adult, Expert Witness Testimony, March 21, 1996.

27.     American Psychiatric Association 149th Annual Meeting, New York City, New York. Course Director:  Providers and Reviewers Discuss Managed Care, May 6, 1996.

28.     American Psychiatric Association 149th Annual Meeting, New York City, New York.  Four Years Experience:  Training For Prevention of Boundary Violations in Psychotherapy, May 9, 1996.

29.     American College of Forensic Psychiatry 15th Annual Symposium, Vancouver, British Columbia.  Unrequited Love:  Love Sickness, Stalking and Other Psychopathologies of Everyday Love, April 11, 1997.

30.     American Psychiatric Association 150th Annual Meeting, San Diego, California.  Education for the Prevention of HIV and AIDS for the Homeless: 2 Years Experience, May 19, 1997.

31.    University of Pennsylvania School of Social Work 1st Annual Conference on Intimate Violence, Philadelphia, Pennsylvania.  Resiliency and Protective Factors in Children Who Have Experienced Familial Abuse, July 16, 1999.                              .

32.    Philadelphia Psychoanalytic Institute Seminar, Philadelphia, Pennsylvania.
       Boundary Violations in Psychotherapy, September 18, 1999.

33. American Psychiatric Association 153rd Annual Meeting, Chicago, Illinois.  Symposia: Educational Strategies for Prevention of Boundary Maintenance in psychotherapy:  7-years experience, May 15, 2000.

34. Philadelphia Psychoanalytic Institute Seminar, Philadelphia, Pennsylvania.  Ethics and Boundary Maintenance in Psychotherapy, September 16, 2000.

35.    Philadelphia District Attorney's Office.  The Psychology of Predatory and Stalking Behavior, February 15, 2001.

36.    Philadelphia Psychoanalytic Institute Seminar, Philadelphia, Pennsylvania.  Ethics and Boundary Maintenance in Psychotherapy, February 2001.

37.    American College of Forensic Psychiatry 19th Annual Symposium, Toronto, Canada. Current Techniques for the Assessment of Adult Sex Offenders, April 22, 2001.

38.    American Psychiatric Association 154th Annual Meeting, New Orleans, Louisiana. Symposium.  Nine Years Experience Teaching Residents About Boundary Violations in Psychotherapy, May 8, 2001.

39.    American College of Forensic Psychiatry 20th Annual Symposium, San Francisco, California.  The Role of Forensic Psychiatrists in Capital Murder Cases, April 14, 2002.

40.    American Psychiatric Association 155th Annual Meeting, Philadelphia, Pennsylvania. Symposia:  Ten Years Experience:  What Have We Learned About Teaching About Boundary Violations, May 21, 2002.

41.    American College of Forensic Psychiatry 21st Annual CME Symposium.  Rancho Mirage, California.  The Forensic Evaluation of a Mentally Retarded Criminal in a Capital Case, April 3, 2003.

42.    American College of Forensic Psychiatry 21st Annual CME Symposium.  Rancho Mirage, California.  Memory for Murder-the "I Don't Remember" Defense, April 6, 2003.

43.    American Psychiatric Association, 156th Annual Meeting.  San Francisco, California. Symposium:  Boundaries Education:  An Expert Update on Diverse Approaches and Settings, May 22, 2003.

44.    University of Santiago, Santiago, Chile. Sexual Abuse and Adult Psychopathology, December 10, 2003.

45.    University of Santiago, Santiago, Chile. The Effects of Childhood Sexual Abuse and Neglect on Children, December 10, 2003.

46.    American College of Forensic Psychiatry 22nd Annual Meeting, San Francisco, California. Restoration of Competency to Stand Trial, March 25, 2004.

47.    American College of Forensic Psychiatry 22nd Annual Meeting, San Francisco, California. Wrongful Life, March 28, 2004.

48.    American College of Forensic Psychiatry 23rd Annual Meeting, Newport Beach, California. Update on Classifying Sexual Offenders, April 10, 2005.

49.    American College of Forensic Psychiatry 24th Annual Meeting San Francisco, California. Examination Instead of Execution:  Can a Convicted Killer Survive the Death Penalty? March 10, 2006.

50.    American College of Forensic Psychiatry 25th Annual Meeting Santa Fe, New Mexico Update on Forensic Psychological Testing, April 26, 2007

51.    American College of Forensic Psychiatry 26th Annual Meeting San Francisco, California An Acute Interest in Bad Behavior: Criminal Profiling April 3, 2008.

52.    American College of Forensic Psychiatry 27th Annual Meeting San Diego, California Third Party Observers of Forensic Psychiatric Examinations March 20, 2009.

53.    American Academy of Psychiatry and the Law 40th Annual Meeting Baltimore, Maryland Third Party Observers of Forensic Examinations, October 29, 2009.

54.    University of Pennsylvania School of Medicine Forensic Psychiatry Seminar: Less Guilty By Reason of Adolescence, January 12, 2010.

55.    American College of Forensic Psychiatry 28th Annual Meeting, San Francisco, California What Makes a Forensic Psychiatric Expert Witness? April 16, 2010.

56.    American College of Forensic Psychiatry 29th Annual Meeting, San Diego, California Defending Cop Killers: Forensic Psychiatric Evidence as Mitigation Strategy, March 23, 2011 (with Timothy J. Michals, M.D. and Judge Benjamin Lerner).

57.    American College of Forensic Psychology 29th Annual Meeting, San Diego, California Life Imprisonment as punishment for juvenile offenders, April 6, 2013 (with Timothy Michals, M.D.).

58.    Empathy. Invited Lecturer. Psychoanalytic Institute. Izmir, Turkey, October 3, 2015.

**OTHER SCHOLARLY RECOGNITION:**

1.    University of Nebraska College of Medicine, Omaha, Nebraska. Grand Rounds. Psychotherapy for the Minority and the Disadvantaged, October 23, 1991.

2.    Cooper Hospital, Cherry Hill, New Jersey. Grand Rounds.  Prevention of Boundary Violations Between Therapists and Patients, November 5, 1992 (with Gregg Gorton, M.D.).

3.    Jefferson Medical College, Philadelphia, Pennsylvania. Grand Rounds. January 24, 1993 (with Doctors Epstein & Gorton).

4.    Cambridge Hospital, Cambridge, Massachusetts. Grand Rounds. Towards Prevention of Sexual Boundary Violations in Psychotherapy, October 20, 1993 (with Dr. Gregg Gorton).

5.    Northwestern Psychiatric Institute, Ft. Washington, Pennsylvania.    Grand        Rounds. Prevention of Sexual Exploitation of Patients, April 7, 1994 (with Dr. Gregg Gorton).

6.    Jefferson Medical College, Philadelphia, Pennsylvania. Grand Rounds. Development of a Measure of Identity Diffusion, May 11, 1994 (with Dr. Salman Akhtar).

7.    Delaware Valley Group Psychotherapy Society, Philadelphia, Pennsylvania.   Invited Lecturer.  Curative Factors in Short-term In-patient Group Psychotherapy:   Patients Perceptions, March 1, 1995.

8.    National Case Conferences Managers Meeting, Nashville, Tennessee. Invited Lecturer. Prevention of Sexually Risky Behavior Among HIV Homeless Mentally Ill Men. May 19, 1996.

**LANGUAGES**
Conversational and reading knowledge of French.