# Howard L. Temple
## Accredited Polygraph Services, LLC
AccreditedPolygraphService@gmail.com

Tel. 215-953-5100

**EXECUTIVE SUMMARY:**
Experienced examiner with over 45 years of experience in performing Polygraph and Voice Stress Analysis (VSA) examinations. Forensic Psycho-Physiological Truth Verification services performed for law enforcement, intelligence and private clients by Mr. Temple and other highly trained, accredited and fully certified examiners employed by Accredited Polygraph Services, LLC. A full reputation package available upon request.

**EDUCATION:**
1970    Columbia University
1971    Backster School of Lie Detection (Dept. of Defense certified)
1971    State University of New York

**QUALIFICATIONS:**
1971    Certified Polygraph Examiner
1974    Court Certified Polygraph Examiner

**CAREER**
1973    Physiological Stress Evaluation Specialist, Dektor Counter Intelligence, Springfield, Virginia
1979    Voice Stress Analysis Specialist, Technical Planning Institute, Washington, D.C.
1971    Principal, Accredited Polygraph Services, LLC

**AFFILIATIONS:**
Association of American Polygraph Examiners (Active)
British and European Polygraph Association (Active)
European Polygraph Association (Active)
American Polygraph Association (Retired)
New Jersey Polygraph Association (Retired)

**LAW ENFORCEMENT CLIENTS (EXAMPLES):**
New Jersey Transit Police Department
Northampton, PA Police Department
Township of Bloomfield New Jersey (25 years)
The United Nations
Philippines Secret Service

**PRIVATE CONSULTING:**
Court TV
CBS TV
CNN News
CSI TV Show
Estonia Public Broadcasting
Panasonic
Valmont Industries
Burlington Industries
Discovery Network