# United States District Court

for the

### Eastern District of Pennsylvania

U.S.A. vs. Andrew Mogilyansky Case No. 2:08CR000711-001

## PETITION ON SUPERVISED RELEASE

COMES NOW Bruce E. Green SENIOR U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Andrew Mogilyansky, who was placed on supervised release by the Honorable Mary A. McLaughlin sitting in the Court at Philadelphia, PA, on the 16th day of September, 2009, who fixed the period of supervision at 15 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE: Traveling for the purpose of engaging in illicit sexual conduct (Count One); and engaging in sexual conduct in foreign places (Counts Two through Four).

ORIGINAL SENTENCE: The defendant was committed to the custody of the U.S. Bureau of Prisons for a term of 97 months, followed by 15 years of supervised release. Also, a $400.00 special assessment was imposed.

SPECIAL CONDITIONS: 1) The defendant shall be evaluated for a mental health program by the U.S. Probation Office; 2) The defendant shall follow the directions of the U.S. Probation Officer regarding any contact with minors other than his own children. The defendant shall not obtain employment or perform volunteer work which includes, as part of its job/work description, contact with minor children; 3) The defendant shall pay a fine in the amount of $12,500.00, which is due immediately; and 4) The defendant shall make restitution in the amount of $15,000.00, which is due immediately.

DATE SUPERVISION
COMMENCED: December 18, 2015

JUDICIAL
REASSIGNMENT: On January 15, 2016, jurisdiction of the defendant's case was transferred from the Honorable Mary A. McLaughlin to the calender of the Honorable Anita B. Brody.

MODIFICATION: On February 1, 2016, the Court modified the defendant's supervised release conditions to include that the defendant shall submit to an initial inspection by the U.S. Probation Office and to any examinations during supervision of the defendant's computer and any devices, programs, or applications. The defendant shall allow the installation of any hardware or software systems which monitors or filters computer use. The defendant shall abide by the

RE: MOGILANSKY, Andrew
Case: 2:09CR000711-001

standard conditions of computer monitoring and filtering that was adopted by the Court in the Eastern District of Pennsylvania. The defendant is to pay the cost of the computing monitor not to exceed the monthly contractual rate, in accordance with the probation officer's direction.

DATE SUPERVISION
TERMINATES:    December 17, 2030

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Based on the opinions from two separate and independent evaluations of Andrew Mogilyansky with Alisha Kalos, PsyD., of the Joseph J. Peters Institute in Philadelphia on August 29, 2017; and with Steven E. Samuels, PhD., in Philadelphia on November 16, 2017, both of whom concluded that the defendant is not in need of sex offender treatment at this time based on him viewing adult pornography on multiple occasions in 2017, the probation office respectfully recommends that the modification of supervised release petition be rescinded.

**PRAYING THAT THE COURT WILL ORDER...**    **THAT THE MODIFICATION OF SUPERVISED RELEASE PETITION DATED SEPTEMBER 12, 2017, BE RESCINDED.**

Respectfully,

Jonathan J. Henshaw
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date December 5, 2017

BEG
cc:    Assistant U.S. Attorney
       Defense Attorney
       Defendant

ORDER OF THE COURT

Considered and ordered this ___5___ day of __December__, 2017, and ordered filed and made part of the records in the above case.

U.S. District Court Judge

xc:(2) U.S. Probation

copies sent ___ to:

copies mailed 12-05-2017 to:
Andrew Mogilyansky, Deft