IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                       v.

ANDREW MOGILYANSKY

:        CRIMINAL ACTION

:

:        No. 08-711-1

## <u>NOTICE OF HEARING</u>

Take notice that the defendant is scheduled for a Motion hearing on May 4, 2026 at 10:30 AM before the **Honorable Anita B. Brody** in Courtroom 7B, 7th floor of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Supervised Release Status:** The defendant is on supervised release.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A   interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:        Joseph Walton
           Courtroom Deputy to J. Brody
           Phone: 267.299

Date:      04/06/2026

cc via U.S. Mail:    Defendant
                  Defense Counsel:
cc via email:        Defense Counsel:
                  Assistant U.S. Attorney:
                  U.S. Marshal
                  Court Security
                  Probation Office
                  Pretrial Services
                  Interpreter Coordinator