# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW MOGILYANSKY | : | NO.: 08-cr-00711 - 1 |

## O R D E R

**AND NOW**, this 15TH day of **APRIL 2026,** it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 50.1 of the Local Rules of Criminal Procedure from the calendar of the Honorable Anita B. Brody to the calendar of the Honorable Mia Roberts Perez.

FOR THE COURT:

/s/ WENDY BEETLESTONE
**Wendy Beetlestone**
**Chief Judge**