IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                  :          CRIMINAL ACTION

      v.                 :

                  :          No. 08-711-1

ANDREW MOGILYANSKY
OUT OF CUSTODY

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Motion for Early Termination of Supervision Hearing** on **Tuesday, May 26, 2026,** at **10:30 a.m.** before the **Honorable Mia R. Perez** in **Courtroom 10-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on supervised release.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:          M. Harvey, Courtroom Deputy to J.  Perez
              Phone: (267) 299-7589

Date:       April 27, 2026

cc via U.S. Mail:     Defendant
cc via email:        Brian McMonagle, Defense counsel
                  Michelle Morgan, Assistant U.S. Attorney
                  U.S. Marshal
                  Court Security
                  Probation Office
                  Pretrial Services
                  Interpreter Coordinator

crnotice (July 2021)