## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
|  | : |  |
| **v.** | : |  |
|  | : | **NO. 08-711** |
| **ANDREW MOGILYANSKY** | : |  |
|  | : |  |

### ORDER

**AND NOW,** this 27th day of April, 2026, upon consideration of the Motion of Andrew Mogilyansky for Early Termination of Supervised Release (ECF No. 67) (the "Motion"), and in light of the hearing scheduled on May 26, 2026, it is hereby **ORDERED** that the Government shall file a response to the Motion, if any, no later than **May 8, 2026.**


BY THE COURT:


_____
Hon. Mia R. Perez