# EXHIBIT S

# Declaration of Andrew Mogilyansky

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CASE NO. CR-08-00711 |
| | : | |
| ANDREW MOGILYANSKY | : | |
| | : | |

**<u>DECLARATION OF ANDREW MOGILYANSKY</u>**

I, Andrew Mogilyansky, hereby declare as follows:

1.      In 2008-2009, I was represented by attorney Jack McMahon, Esq. in the above-captioned criminal proceedings.

2.      Mr. McMahon regularly visited me at FDC Philadelphia to discuss the case, including multiple visits in February-March 2009 to discuss my plea agreement.

3.      The terms of the plea agreement, particularly the time periods for me to be in prison and then under supervision, were the subject of extensive, repeated, lengthy discussions between Mr. McMahon and me, as well as between Mr. McMahon and my wife who was assisting in the handling of my case.

4.      In particular, Mr. McMahon specifically advised me that I would be able to apply with the Court for an early termination of my supervised release in the future upon a showing of a law-abiding life and good reintegration into society.

5.      I then signed the plea agreement with that understanding.

6.      I certify that this declaration is based solely on my personal knowledge of the above facts, and that I have a clear recollection of each of these facts as described above.

1

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Andrew Mogilyansky
May 20, 2026

2