IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | NO. 08-711 |
| ANDREW MOGILYANSKY | : | |
| | : | |

## MOTION AND ORDER

**AND NOW,** this 26th day of May, 2026, upon consideration of Defense counsel's oral motion to continue the Motion Hearing scheduled for May 26, 2026, (ECF No. 78), it is hereby **ORDERED** that the motion is **GRANTED**. The Motion Hearing is **CONTINUED** to **Tuesday**, **June 2**, **2026**, at **10:00 a.m.,** in **Courtroom 10-B**.

BY THE COURT:

_____
HON. MIA R. PEREZ