### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| **v.** | : | |
| | : | **NO. 08-711** |
| **ANDREW MOGILYANSKY** | : | |
| | : | |

### ORDER

**AND NOW,** this 2nd day of June, 2026, following a hearing on Defendant's Motion for Early Termination of Supervised Release, wherein the Court sealed certain portions of the transcript, it is hereby **ORDERED** that the portions of the hearing transcript that are sealed may only be releasable to the Assistant United States Attorney on the above-captioned matter and to Counsel for Defendant.

BY THE COURT:

_____

Hon. Mia R. Perez