## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|  | : |  |
| v. | : |  |
|  | : | NO. 08-711 |
| ANDREW MOGILYANSKY | : |  |
|  | : |  |

## ORDER

**AND NOW,** this 12th day of June, 2026, upon consideration of Defendant Andrew Mogilyansky's Motion for Early Termination of Supervised Release (ECF No. 67), the responses thereto and the evidence and arguments presented at the June 2, 2026 hearing on the Motion, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** as follows:

1.  For twelve (12) months following this Order, Defendant must inform the Probation Office before he traveling domestically, provided he is compliant with the terms of his supervised release. The Probation Office's approval is not required for Defendant to travel domestically. However, Court approval remains required for Defendant to travel internationally.

2.  During that twelve (12) months, all other conditions of release will remain in effect. The Probation Office shall notify the Court immediately of any violations of those conditions of supervised release.

3.  If Defendant remains compliant with the terms of his supervised release and incurs no violations for the next twelve (12) months, his supervised release will terminate on June 12, 2027.

BY THE COURT:

_____
Hon. Mia R. Perez